IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOYCE SESSOM,
   Plaintiff,
     v.

WELLSTAR HOSPITAL,
   Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-2057-TWT

## ORDER

This is an employment discrimination case. It is before the Court on the Report and Recommendation [Doc. 27] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 9]. As set forth in the Report and Recommendation, the Plaintiff failed to exhaust her administrative remedies as to a claim under the Americans With Disabilities Act when she filed her complaint with the EEOC. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's claims under the Americans With Disabilities Act are DISMISSED.

SO ORDERED, this 28 day of May, 2009.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge